UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

FILED 15 JUN '11 11:22 USDC-ORP

_Bobby G. Todd_
_People of United States_
(Enter full name of plaintiff(s))

Plaintiff(s),

v.

_Barak Obama_
_State of Oregon_
_Washington County_
(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. CV'11 - 715 AC
(to be assigned by Clerk of the Court)

**COMPLAINT**

Jury Trial Demanded
☐ Yes    ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**
Name: _Barak Obama_
Street Address: _?_
City, State & Zip Code: _D.C._
Telephone No. _____

| | | |
|---|---|---|
| Defendant No. 1 | Name: | ~~Oregon State~~ State of Oregon |
| | Street Address: | |
| | City, State & Zip Code: | |
| | Telephone No. | |

| | | |
|---|---|---|
| Defendant No. 2 | Name: | Washington County |
| | Street Address: | |
| | City, State & Zip Code: | Oregon |
| | Telephone No. | |

| | | |
|---|---|---|
| Defendant No. 3 | Name: | |
| | Street Address: | |
| | City, State & Zip Code: | |
| | Telephone No. | |

| | | |
|---|---|---|
| Defendant No. 4 | Name: | |
| | Street Address: | |
| | City, State & Zip Code: | |
| | Telephone No. | |

## II. JURISDICTION

*Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.*

A.  What is the basis for federal court jurisdiction (*check all that apply*)

☒ Federal Question         ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or treaty right is at issue?

I, II, IV Amendment U.S. Constitution Freedom of Speech, Religion, Right to bare Arms, Due process.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Barak Obama is continuing a pattern of violation Constitutional protection by encouraging discrimination from foreign workers in United State against myself and other United States citizen by failing to enforce federal statues against illegal immigration of invading foreigners. State of Oregon fabricated false process delivery charges and covered up such crime. State of Oregon is participating depriving United citizen the right to bare arms by those retention denying rights to call witnesses for the purpose of creating criminal records for the purpose of imposing political opinions on the people of the United States by those fabricated pattern of denying basic protection under the constitutions and depriving us of Freedom, properties and Life

COMPLAINT  
Revised: July 20, 2010                                                                                              Page 3

## Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Barak Obama directed U.S. Attorney General to file suit against State of Arizona, proving political and literal opposition to federal laws against illegal entry into the United States, damaging other U.S. citizens and myself directly because of loss of liberty, property and effecting the live of those within my direct influence.

## Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

State of Oregon knowingly allows violations of United States Constitution as a means of implimenting political objectives, namely restricting the peoples rights to bare arms and the loss of all other those effected right through a pattern of neglect and overt actions harming peoples of the United States.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

*Claim II continued, sorry*

## IV. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Washington County refused to stamp supeanas, charged me with the crime of false process difficulty and after charges were dismissed brought charges back on computer, gave to Interpol, denying me the right to travel to Canada, then participated in forms of torture, isolation, refusal of dental attention, theft of property.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of June, 2011.

Bubby G. Todd
_____
(Signature of Plaintiff(s))

Relief

I) Enforce Federal immigration Laws.
II) Change statues denying "right to bare arms".
III) Stop patterns of violating the constitutional protection of the people of the United States.
IV) $1 fund to help those who have lost jobs, homes, families and guaranteed rights.

COMPLAINT
Revised: July 20, 2010